**FILED**
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RMW**

_____,  )
                        )
         Plaintiff,     )  CV 08   3856
                        )  CASE NO. 93894
    vs.                 )
                        )  PRISONER'S
                        )  APPLICATION TO PROCEED  **(PR)**
                        )  IN FORMA PAUPERIS
                        )
         Defendant.     )
_____)

I, __Averill Briggs__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____7/10/2002, $12.50 An Hour And $2,000 a month__
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or              Yes ____ No _X_
10         self employment
11    b.   Income from stocks, bonds,           Yes ____ No _X_
12         or royalties?
13    c.   Rent payments?                       Yes ____ No _X_
14    d.   Pensions, annuities, or              Yes ____ No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,   Yes ____ No _X_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                       Yes ____ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____  - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE

5.    Do you own or are you buying a home?    Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $_____

Monthly Payment: $_____

7.    Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $_____

Do you own any cash? Yes ____ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _X_

_____

8.    What are your monthly expenses?

Rent: $ ___0___    Utilities: ___0___

Food: $ ___0___    Clothing: ___0___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ NONE | $ NONE |
| 0 | $ 0 | $ 0 |
| 0 | $ 0 | $ 0 |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____No_____
4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ____ No ✗
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16    8/3/08                              [signature]
17    DATE                                SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 4 -

Case Number: 143894

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of  BRIGGS  for the last six months at

SALINAS VALLEY STATE PRISON [prisoner name]
~~BRIGGS~~ S.V.S.P  where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ $25.00  and the average balance in the prisoner's account each month for the most recent 6-month period was $ $0 .

Dated: 8-6-08

_____
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                              REPORT DATE: 08/04/08
                                                     PAGE NO:          1
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                        SALINAS VALLEY STATE PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUN. 01, 2008 THRU AUG. 04, 2008

ACCOUNT NUMBER : V31296                 BED/CELL NUMBER: FBB3T2000000230L
ACCOUNT NAME   : BRIGGS, AVERLL W              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                         TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE DESCRIPTION       COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----   ---- -----------       -------    ---------  --------   -----------   -------
06/01/2008  BEGINNING BALANCE                                                  0.00
06/05  D554 INMATE PAYROL 3066 P5/08                   7.28                    7.28
07/07  D554 INMATE PAYROL 0034 P6/08                  20.00                   27.28
07/25  FC02 DRAW-FAC 2    0220 B3                                27.28         0.00

                         TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL          TOTAL         CURRENT     HOLDS       TRANSACTIONS
   BALANCE      DEPOSITS      WITHDRAWALS     BALANCE    BALANCE      TO BE POSTED
  ---------    ---------      -----------    --------    -------      ------------
     0.00        27.28           27.28         0.00        0.00           0.00

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                        ---------
                                                           0.00
```