*E-FILED - 11/21/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AVERILL W. BRIGGS, | ) | No. C 08-3856 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING |
| | ) | RESPONDENT'S MOTION |
| v. | ) | FOR EXTENSION OF TIME |
| | ) | TO FILE ANSWER |
| WARDEN EVANS, | ) | |
| | ) | (Docket No. 4) |
| Respondent. | ) | |
| | ) | |
| | ) | |

    Good cause appearing, respondent is hereby granted an extension of time, up to and including January 9, 2009, in which to file an answer to the petition for habeas corpus. Petitioner shall file any opposition within 30 days thereafter. Respondent shall file any response within 15 days from the date petitioner files his opposition.

    This order terminates docket no. 4.

    IT IS SO ORDERED.

DATED: 11/19/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Respondent's Motion for Extension of Time to File Answer
P:\PRO-SE\SJ.Rmw\HC.08\Briggs856eot.wpd    1