*E-FILED - 1/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERILL BRIGGS, | No. C 08-3856 RMW (PR) |
| Petitioner, | ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER |
| v. | |
| WARDEN EVANS, | |
| Respondent. | (Docket No. 6) |

Good cause appearing, respondent is hereby granted a second extension of time, up to and including March 10, 2009, in which to file an answer to the petition for habeas corpus. No further extensions will be favored. Petitioner shall file any traverse within 30 days of the filing date of respondent's answer.

This order terminates docket no. 6.

IT IS SO ORDERED.

Dated: 1/30/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Second Motion for Extension of Time to File Answer
P:\PRO-SE\SJ.Rmw\HC.08\Briggs856EOT2.wpd