*E-FILED - 6/17/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AVERILL W. BRIGGS,** | Case No. C 08-3856 RMW (PR) |
| Petitioner, | **[] ORDER FOR FILING OVERSIZE PLEADING** |
| v. | |
| **WARDEN EVANS,** | |
| Respondent. | |

Good cause having been shown, respondent may file the oversize memorandum of points and authorities in support of answer. The clerk is directed to file the pleading.

Dated: 6/16/09

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[] Order for Filing Oversize Pleading – *Briggs v. Evans* (C 08-3856 RMW (PR))